1  Taylor Reeves, Esq.
   Nevada Bar No. 15987
2  **SPENCER FANE LLP**
   300 S. Fourth Street, Suite 1600
3  Las Vegas, NV 89101
   Telephone: (702) 408-3400
4  Facsimile (702) 408-3401
   Email: treeves@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| BRANDON VENTURO, individually, | Case No.: 2:25-cv-02245-BNW |
|---|---|
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT USAA CASUALTY INSURANCE COMPANY TO FILE RESPONSIVE PLEADING** |
| USAA CASUALTY INSURANCE COMPANY; a foreign insurance company, DOES I-X; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | **[FIRST REQUEST]** |

Defendant USAA Casualty Insurance Company ("USAA CIC") by and through their counsel Spencer Fane LLP, and Plaintiff Brandon Venturo ("Plaintiff") by and through their counsel Clear Counsel Law Group hereby stipulate to extend time for USAA CIC to file a responsive pleading to Plaintiff's Complaint from November 20, 2025 to November 24, 2025. This is the first stipulation to extend the time for USAA CIC to file a responsive pleading to Plaintiff's Complaint.

This extension is made in good faith and not meant for the purposes of delay. This request is based on Defense counsel's request based on issues with other filing obligations.

DATED this 20th day of November, 2025.
**CLEAR COUNSEL LAW GROUP**

/s/ Scott A. Flinders
Jared R. Richards, Esq.
Nevada Bar No. 11254
Scott A. Flinders, Esq.
Nevada Bar No. 6975
1671 W. Horizon Ridge Pkwy., Suite 200
Henderson, NV 89012
*Attorneys for Plaintiff*

DATED this 20th day of November, 2025.
**SPENCER FANE LLP**

*/s/* Taylor Reeves
Taylor Reeves, Esq.
Nevada Bar No. 15987
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101

*Attorneys for USAA Casualty Insurance Company*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: November 21, 2025

**Miller, Adam**

| | |
|---|---|
| **From:** | Scott Flinders <sflinders@clearcounsel.com> |
| **Sent:** | Thursday, November 20, 2025 4:28 PM |
| **To:** | Reeves, Taylor |
| **Cc:** | Jared Richards; Miller, Adam; Leckie Ramirez, Jenny; Kern, Kelsey |
| **Subject:** | [EXTERNAL] Re: A-25-927163-C Brandon Venturo v. USAA CIC Request for Extension |

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

That is fine. We will be seeking to remand the case to state court and are not waiving any right to do so.

Sent from my iPhone

> On Nov 20, 2025, at 4:16 PM, Reeves, Taylor <treeves@spencerfane.com> wrote:
>
> **[EXTERNAL SENDER]**
> Good afternoon Mr. Flinders,
> Per our agreement below, my responsive pleading was set to be due on the 24th. Due to the removal, that deadline got moved up to today. I have had an issue with other filings that I needed to get done. Would you be agreeable to extending the responsive pleading until the 24th as we originally had agreed? Please let me know as soon as possible. If yes, I can prepare a stipulation and order to file with the Court.
>
> Thank you for your time and consideration.
>
> **Taylor Reeves**  Associate
> Spencer Fane LLP
> —
> 300 S 4th St., Suite 1600 | Las Vegas, NV 89101
> **D.** 702.851.7519  **O.** 702.408.3400
> treeves@spencerfane.com | spencerfane.com
>
> **From:** Reeves, Taylor
> **Sent:** Wednesday, November 5, 2025 10:06 AM
> **To:** 'Scott Flinders' <sflinders@clearcounsel.com>; Jared Richards <jared@clearcounsel.com>
> **Cc:** Miller, Adam <AMiller@spencerfane.com>; Leckie Ramirez, Jenny <jramirez@spencerfane.com>; Kern, Kelsey <kkern@spencerfane.com>
> **Subject:** RE: A-25-927163-C Brandon Venturo v. USAA CIC Request for Extension
>
> Thank you, Mr. Flinders. This is much appreciated.
>
> **Taylor Reeves**  Associate
> Spencer Fane LLP
> —
> 300 S 4th St., Suite 1600 | Las Vegas, NV 89101
> **D.** 702.851.7519  **O.** 702.408.3400
> treeves@spencerfane.com | spencerfane.com

**From:** Scott Flinders <sflinders@clearcounsel.com>
**Sent:** Wednesday, November 5, 2025 8:04 AM
**To:** Reeves, Taylor <treeves@spencerfane.com>; Jared Richards <jared@clearcounsel.com>
**Cc:** Miller, Adam <AMiller@spencerfane.com>; Leckie Ramirez, Jenny <jramirez@spencerfane.com>; Kern, Kelsey <kkern@spencerfane.com>
**Subject:** [EXTERNAL] RE: A-25-927163-C Brandon Venturo v. USAA CIC Request for Extension

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

That is fine.

**From:** Reeves, Taylor <treeves@spencerfane.com>
**Sent:** Tuesday, November 4, 2025 4:32 PM
**To:** Jared Richards <jared@clearcounsel.com>; Scott Flinders <sflinders@clearcounsel.com>
**Cc:** Miller, Adam <AMiller@spencerfane.com>; Leckie Ramirez, Jenny <jramirez@spencerfane.com>; Kern, Kelsey <kkern@spencerfane.com>
**Subject:** A-25-927163-C Brandon Venturo v. USAA CIC Request for Extension

**[EXTERNAL SENDER]**

Good afternoon,

I was recently retained on this matter, and I have not had a chance to review the file. Would you be amenable to a 2-week extension on the filing of my responsive pleading? That would make the new deadline for the filing November 24, 2025. Please let me know.

I look forward to working with you on this matter.

**Taylor Reeves**  Associate
Spencer Fane LLP

300 S 4th St., Suite 1600 | Las Vegas, NV 89101
**D.** 702.851.7519  **O.** 702.408.3400
treeves@spencerfane.com | spencerfane.com

2