Jared R. Richards, Esq. (11254)
Scott A. Flinders, Esq. (6975)
CLEAR COUNSEL LAW GROUP
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89012
Telephone: (702) 476-5900
Facsimile: (702) 924-0709
jared@clearcounsel.com
sflinders@clearcounsel.com
*Attorneys for Brandon Venturo*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON VENTURO, individually,,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES AUTOMOBILE ASSOCIATION, a foreign insurance company, doing business as USAA; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02245-BNW<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING RULING ON PLAINTIFF'S MOTION TO REMAND** |

IT IS HEREBY STIPULATED by and between the parties to stay discovery and the filing of the Parties' Discovery Plan and Scheduling Order pursuant to FRCP 26(f), until Thirty (30) Days after the Court's ruling on Plaintiff's Motion to Remand (Doc. No. [10]), the hearing of which is currently set for January 12, 2026.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated January 7, 2026.<br>**CLEAR COUNSEL LAW GROUP**<br><br>*/s/ Scott A. Flinders*<br>Scott A. Flinders, Esq. (6975)<br>1671 W. Horizon Ridge Pkwy, Suite 200<br>Henderson, NV 89012<br>*Attorneys for Brandon Venturo* | Dated January 7, 2026.<br>**SPENCER FANE LLP**<br><br>*/s/ Taylor Reeves*<br>Taylor Reeves, Esq. (15987)<br>300 S. Fourth Street, Suite 1600<br>Las Vegas, NV 89101<br>*Attorneys for USAA CIC* |

*Venturo v. USAA*
*Case No. 2:25-cv-02245-BNW*
*SAO to Stay Discovery*

## ORDER

UPON STIPULATION OF THE PARTIES and with good cause appearing on the merits therefore:

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: January 8, 2026