**SAO**
Jared R. Richards, Esq.
Nevada Bar No. 11254
Scott A. Flinders, Esq.
Nevada Bar No. 6975
CLEAR COUNSEL LAW GROUP
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89012
Telephone: (702) 476-5900
Facsimile: (702) 924-0709
jared@clearcounsel.com
sflinders@clearcounsel.com
*Attorneys for Brandon Venturo*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

BRANDON VENTURO, individually,,

Plaintiff,

vs.

USAA CASUALTY INSURANCE COMPANY, a foreign insurance company, doing business as USAA; DOES I-X; and ROE CORPORATIONS I-X, inclusive,

Defendants.

Case No.: 2:25-cv-02245-BNW

**STIPULATION AND PROPOSED ORDER TO ALLOW PLAINTIFF TO FILE AN AMENDED COMPLAINT SUBSTITUTING THE PROPER PARTY**

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be allowed to file a Second Amended Complaint, substituting USAA GENERAL INDEMNITY COMPANY for USAA CASUALTY INSURANCE COMPANY as the proper Defendant, a copy of which is attached hereto without exhibits.

**IT IS SO ORDERED.**

Dated July 21, 2026.
**CLEAR COUNSEL LAW GROUP**

*/s/ Scott A. Flinders*

Scott A. Flinders, Esq.
Nevada State Bar No. 6975
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89012
*Attorneys for Brandon Venturo*

Dated July 21, 2026.
**SPENCER FANE LLP**

*/s/ Taylor Reeves*

Taylor Reeves, Esq.
Nevada Bar No. 15987
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
*Attorneys for USAA*

CLEARCOUNSEL LAW GROUP

**ORDER**

The above stipulation is GRANTED. The Clerk of Court is kindly instructed to detach the Second Amended Complaint and file it separately on the docket.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE
DATED: July 22, 2026

Submitted by:
**CLEAR COUNSEL LAW GROUP**

*/s/ Scott A. Flinders*

Jared R. Richards, Esq.
Nevada State Bar No. 11254
Scott A. Flinders, Esq.
Nevada State Bar No. 6975
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89012
*Attorneys for Brandon Venturo*