Taylor Reeves, Esq.
Nevada Bar No. 15987
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: treeves@spencerfane.com

*Attorneys for USAA General Indemnity Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDON VENTURO, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA General Indemnity Company; a foreign insurance company, DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02245-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[FIRST REQUEST]** |

Defendant USAA Casualty Insurance Company ("USAA GIC") by and through their counsel Spencer Fane LLP, and Plaintiff Brandon Venturo ("Plaintiff") by and through their counsel Clear Counsel Law Group hereby stipulate and agree to extend discovery deadlines as follows.

**A. DISCOVERY THAT HAS BEEN COMPLETED**

**Plaintiff**

- Plaintiff served initial disclosures on June 11, 2026.
- Plaintiff served first set of requests for admissions on June 22, 2026.
- Plaintiff served first set of interrogatories on June 22, 2026.
- Plaintiff served first set of requests for production on June 22, 2026.
- The Parties agreed to and submitted a stipulated protective order on September 28, 2026.
- Plaintiff served his first supplemental disclosures on September 18, 2026.
- Plaintiff served his second supplemental disclosures on October 2, 2026.

- Plaintiff served his expert disclosures on October 2, 2026.
- Plaintiff noticed the deposition for Michael Allen to be taken on November 18, 2026.
- Plaintiff noticed the deposition of Phillip Langston to be taken on November 5, 2026.
- Plaintiff noticed the deposition of Miriam Madrid to be taken on November 6, 2026.

**Defendant**

- USAA GIC served initial disclosures on June 9, 2026.
- USAA GIC served responses to plaintiff's first set of requests for production on July 22, 2026.
- USAA GIC served responses to plaintiff's first set of requests for admission on July 22, 2026.
- USAA GIC served responses to plaintiff's first set of interrogatories on July 22, 2026.
- The Parties agreed to and entered into a stipulated protecive order on September 28, 2026.
- USAA GIC served initial expert disclosures on October 2, 2026.
- USAA GIC served its first supplemental disclosures on October 2, 2026.

**B. DISCOVERY REMAINING**

- Deposition of Defendant's adjusters and claims handlers;
- Depositions of fact witnesses, including Plaintiff;
- Depositions of treating providers;
- Disclosure of additional medical records for Plaintiff;
- Disclosure of rebuttal experts;
- Depositions of expert witnesses;
- Written discovery, including resolution of ongoing discovery disputes which the parties are working together to resolve without further Court intervention;

- Records requests, as needed from ongoing treatment providers;
- Any other potential depositions or written discovery which may become necessary as discovery continues.

**C. REASONS REMAINING DISCOVERY CANNOT BE COMPLETED WITHIN THE TIME SET BY PRIOR DISCOVERY PLAN**

The parties have been diligently working together to which the parties were able to come to an agreement on without court intervention. Counsel for all parties have been working together to obtain additional information and documents in order to schedule the necessary depositions. When discussing scheduling of depositions, it came to light that the adjuster Miriam Madrid is currently out on leave causing issues with the scheduling of this deposition. Further, adjuster Michael Allen had doctors appointments which required rescheduling of his depositon. Additional time will be needed following the depositions to obtain the transcripts and allow the experts ample time to review the testimony.

Additionally, the parties held a meet and confer on October 15, 2026 to discuss discovery responses. It is anticipated that motions to compel are forthcoming, and the parties wish to fully brief these issues for the Court. The parties also discussed the deposition of Plaintiff during this call, and are currently trying to schedule this deposition. Finally, the parties discussed potential mediation of this matter and are in the process of presenting schedules and mediators for the matter. Counsel for Defendant is currently scheduled to start a Federal Jury Trial starting the week of November 2, 2026, which has impacted the scheduling of upcoming depositions.

The parties wish to extend the discovery deadlines to allow more complete discovery prior to the disclosure of rebuttal experts so as to minimize the need for supplemental expert reports. The parties mutually agree, subject to the Court’s approval, to a sixty (60) day extension of all discovery related deadlines. The requested extension will allow adequate time to complete all remaining discovery without the need of future extensions.

The Parties agree that no Party will be prejudiced by the requested amendment to the Scheduling Order and that such an extension was not brought for any improper purposes.

**D. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**

| **Event** | **Current Deadline (ECF No. 23)** | **Proposed Deadline** |
|---|---|---|
| Amend Pleadings or Add Parties | October 2, 2026 | October 2, 2026 |
| Initial Expert Disclosure | October 2, 2026 | October 2, 2026 |
| Rebuttal Expert Disclosure | November 2, 2026 | **January 4, 2027** |
| Close of Discovery | December 2, 2026 | **February 1, 2027** |
| Dispositive Motion | January 4, 2027 | **March 5, 2027** |
| Pretrial Order | February 3, 2027 | **April 5, 2027** |

**E. CURRENT TRIAL DATE**

A trial date has not been set.

This request is made in good faith and not for the purpose of delay.

DATED this 21st day of October, 2026.
**CLEAR COUNSEL LAW GROUP**

*/s/ Scott A. Flinders*
Jared R. Richards, Esq.
Nevada Bar No. 11254
Scott A. Flinders, Esq.
Nevada Bar No. 6975
1671 W. Horizon Ridge Pkwy., Suite 200
Henderson, NV 89012
*Attorneys for Plaintiff*

DATED this 21st day of October, 2026.
**SPENCER FANE LLP**

*/s/ Taylor Reeves*
Taylor Reeves, Esq.
Nevada Bar No. 15987
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101

*Attorneys for USAA Casualty Insurance Company*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: October 22, 2026